# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

HOUSTON CLAY HAMILTON
ADC #654765                                                        PLAINTIFF

v.                      No. 3:16-cv-328-DPM-JTK

LARRY MILLS, Poinsett County Sheriff;
CHIRS CRUISE, Poinsett County Sheriff
Office; and BO HICKEY, Deputy
Sheriff, Poinsett County                                           DEFENDANTS

## ORDER

Hamilton's address changed after Magistrate Judge Kearney entered his partial recommendation, № 12 & 18. But the Clerk sent a copy to Hamilton's new address last month; and there's no indication Hamilton hasn't received it. The Court adopts the unopposed partial recommendation, № 8, as modified. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hamilton's claims against Mills and Cruise are dismissed, but without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 February 2017