IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOUSTON CLAY HAMILTON,                            PLAINTIFF
ADC #654768

v.                      No. 3:16-cv-328-DPM-JTK

BO HICKEY, Deputy Sheriff,
Poinsett County (originally named as
David Boykin)                                            DEFENDANT

ORDER

After Boykin filed his motion to dismiss, № 13, Hamilton amended his complaint. He'd intended to sue Bo Hickey, not David Boykin. № 17. Magistrate Judge Kearney granted the amendment. Boykin's motion, № 13, is therefore denied as moot. He is no longer a party to this case. № 19.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

7 February 2017