# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

HOUSTON CLAY HAMILTON                                    PLAINTIFF

v.                        No. 3:16-cv-328-DPM-JTK

BO HICKEY, Deputy
Sheriff, Poinsett County                                 DEFENDANT

## ORDER

The Court needs a status report. How many days are needed for trial? Has Hamilton been released from the ADC, or does the Court need to enter a transport order? Status report due by 8 February 2019.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 February 2019