## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**HOUSTON CLAY HAMILTON**                                    **PLAINTIFF**

v.                          **No. 3:16-cv-328-DPM-JTK**

**BO HICKEY, Deputy**
**Sheriff, Poinsett County**                               **DEFENDANT**

### ORDER

Status reports, № 51 & № 53, noted and appreciated. Joint motion for a settlement conference, № 52, granted. The Court asks that Magistrate Judge Kearney schedule a conference soon. This case is set for trial on 29 April 2019. № 47.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

8 February 2019