# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

HOUSTON CLAY HAMILTON                                     PLAINTIFF

v.                          No. 3:16-cv-328-DPM-JTK

BO HICKEY, Deputy
Sheriff, Poinsett County                                 DEFENDANT

## ORDER

The parties have settled. № 59. Congratulations. The Court thanks Magistrate Judge Kearney for his efforts. The Court withdraws the reference. The Court will dismiss and retain jurisdiction for a time to enforce the settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2019