# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**HOUSTON CLAY HAMILTON**
**ADC #654768**                                                                 **PLAINTIFF**

v.                         No. 3:16-cv-328-DPM

**LARRY MILLS, Poinsett County**
**Sheriff; CHRIS CRUISE, Poinsett**
**County Sheriff Office; and BO**
**HICKEY, Deputy Sheriff, Poinsett County**                   **DEFENDANTS**

## JUDGMENT

1. Hamilton's claims against Mills and Cruise are dismissed without prejudice.

2. Hamilton's claims against Hickey are dismissed with prejudice. The Court retains jurisdiction until 30 April 2019 to enforce the parties' settlement.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2019